**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Ruthie Burke, et al.
                              Plaintiff,

v.                                              Case No.: 1:19−cv−02316
                                                         Honorable John Z. Lee

City of Chicago, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 11, 2019:

      MINUTE entry before the Honorable John Z. Lee: Pursuant to the stipulation to dismiss, this case is dismissed without prejudice to be automatically converted to a dismissal with prejudice in 75 days; each side shall bear its own costs and attorneys#039; fees.Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.